**96–2641. In re Hitchcock.**
Cuyahoga App. Nos. 69291 and 69292. (Appeal of Joanne Canitia Brady on behalf of Shampail and Hastings Hitchcock; and appeal of Abdul and Mary Abdullah.) The appeals are allowed and the

motion to vacate stay of proceedings is denied.

RESNICK and COOK, JJ., dissent.